UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00034-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYHEIM YUSEF SCOTT,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by Monday, March 13, 2006, and responses to these motions shall be filed by Wednesday, March 22, 2006. It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, April 7, 2006, at 3:30 p.m.** It is

    FURTHER ORDERED that a 4-day jury trial is set to commence **Monday, April 24, 2006, 9:00 a.m.**

    Dated: February 16, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge