UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00034-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYHEIM YUSEF SCOTT,

    Defendant.

## ORDER

THIS MATTER is before the Court on review of Defendant's Status Report, filed April 28, 2006. Per my Order of March 16, 2006, these proceedings continue to be stayed and the computation of time under the Speedy Trial Act is tolled, as of the filing of the "Unopposed Motion to Stay Proceedings" on March 14, 2006, pursuant to 18 U.S.C. § 3161(h)(1)(A). This case will remain stayed until such time as the parties advise the Court that a hearing to determine competency is required, or that the issue is moot. It is

ORDERED that the parties shall file a status report with the Court on or before **Friday, June 30, 2006**.

    Dated: May 1, 2006

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge