UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00034-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYHEIM YUSEF SCOTT,

    Defendant.

## ORDER

THIS MATTER is before the Court on review of Defendant's Third Status Report, filed September 11, 2006.  In this most recent status report counsel for Defendant advises that events at the detention center where Defendant is being held have delayed the ability of the clinical psychologist to complete his clinical testing, and advises that an additional 40 days will be need to complete this testing process and obtain a report.  Per my Order of March 16, 2006, these proceedings continue to be stayed and the computation of time under the Speedy Trial Act is tolled, as of the filing of the "Unopposed Motion to Stay Proceedings" on March 14, 2006, pursuant to 18 U.S.C. § 3161(h)(1)(A).  This case will remain stayed until such time as the parties advise the Court that a hearing to determine competency is required, or that the issue is moot.  It is

ORDERED that the parties shall file a status report with the Court on or before **Friday, October 20, 2006**.

Dated: September 11, 2006

             BY THE COURT:

             s/ Wiley Y. Daniel
             Wiley Y. Daniel
             U. S. District Judge