UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00034-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RYHEIM YUSEF SCOTT,

     Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on review of Defendant's Fourth Status Report, filed October 23, 2006.  In this most recent status report counsel for Defendant advises that a psychiatric report is not yet complete, and that such report will not be ready for an additional 30-days.  Per my Order of March 16, 2006, these proceedings continue to be stayed and the computation of time under the Speedy Trial Act is tolled, as of the filing of the "Unopposed Motion to Stay Proceedings" on March 14, 2006, pursuant to 18 U.S.C. § 3161(h)(1)(A).  This case will remain stayed until such time as the parties advise the Court that a hearing to determine competency is required, or that the issue is moot.  It is

ORDERED that the parties shall file a final status report with the Court on or before **Monday, December 18, 2006.**

Dated:  October 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge