UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00034-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYHEIM YUSEF SCOTT,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the January 19, 2007, Order to Show Cause.  By Minute Order dated December 11, 2006, this Court ordered the parties to file a final status report or before Tuesday, January 16, 2007.  Because no status report had been filed, this Court issued an Order to Show Cause on January 19, 2007.  In response to the Order to Show Cause, counsel for the Defendant filed a status report on January 23, 2007.  The status report indicates that a status hearing should be scheduled for findings and further settings.  Therefore, it is hereby

ORDERED that the Order to Show Cause, issued January 19, 2007 (docket #29), is **DISCHARGED**.  It is

FURTHER ORDERED that a status hearing shall take place **Thursday, February 22, 2007, at 1:30 p.m.**

Dated: January 24, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge