UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00034-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RYHEIM YUSEF SCOTT,

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the parties' Joint Status Report filed January 23, 2007.  A hearing was held February 22, 2007.  At the hearing the parties requested that I find the Defendant is competent to proceed, as defined in 18 U.S.C. § 4241(d), and that I find the ends of justice warrant an additional continuance in this case, pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

Upon consideration of the parties' joint oral motions and the file in this matter, I find that the Defendant in this case is competent to proceed as defined in 18 U.S.C. § 4241(d).  I further find that the failure to grant a continuance in this case, which I do not find to be complex at this time, would deny the Defendant the reasonable time necessary for effective preparation.  Accordingly, I find that the ends of justice permit exclusion of an additional 60 days from the computation of time under the Speedy Trial Act.  Therefore, it is hereby

ORDERED that parties' joint motion to continue is **GRANTED**.  In accordance

therewith, it is

ORDERED that the speedy trial deadlines in this case are continued for an additional **60 days**.  It is

FURTHER ORDERED that on or before **Thursday, April 26, 2007**, the parties shall file either a Notice of Disposition, or schedule a new trial date.

Dated:  February 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge