IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00034-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RYHEIM YUSEF SCOTT,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment is **DISMISSED**.

Dated: August 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge