IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00034-WYD-01
Civil Action No. 13-cv-00652-WYD

UNITED STATES OF AMERICA,

v.

RYHEIM YUSEF SCOTT,

    Movant.
_____

**FINAL JUDGMENT**
_____

    Pursuant to and in accordance with the ORDER DENYING 28 U.S.C. § 2255 MOTION entered by the Honorable Wiley Y. Daniel on March 21, 2013 [ECF No. 60], the following Final Judgment is hereby entered:

    IT IS ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 59, filed March 12, 2013, is denied and the instant civil action is DISMISSED WITH PREJUDICE as untimely pursuant to 28 U.S.C. § 2255(f).

    DATED at Denver, Colorado, this 22nd day of March, 2013.

                                              FOR THE COURT:

                                              JEFFREY P. COLWELL, CLERK

                                              By: s/Edward P. Butler
                                                  Edward P. Butler, Deputy Clerk